CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 29 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

(20A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Charrolettsville__ DIVISION

Plaintiff(s),
_Propst Family_
_Marilyn Propst pro-se_

v.

Defendant(s).
_Commonwealth of Virginia_
_and Susan Whitlock former_
_Louisa County JUDGE and Charles whitney Propst_
_Divorce Attorney_

(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:24cv00004
(To be assigned by Clerk of District Court)

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

   Name: _Charles Propst and Kathy Propst_

   Address: _2266 Lower Timber Ridge Road, Seneca Rocks, West Virginia_

   Telephone Number: _(304) 567-3017_

   b. Plaintiff No. 2                                    pro-se

   Name: _Marilyn Elizabeth Seay Propst_

   Address: _Homeless — Mailing Address 204 Blue Grass Va. 24413_

   Telephone Number: _706-979-4876_

(20 B)

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an (individual)s Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Name: **Charles Propst**

   Address: **6622 Lower Timber Ridge Rd**
   **Seneca Rocks, West VA.**

   b. Defendant No. 2

   Name: **Susan Whitlock**

   Address: **Lousia Circuit Court (Former Attorney**
   **Virginia         For Charles Whitney + Propst**
   **From 1992 - Present**

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question's    ☐ Diversity of Citizenship    ☐ Government Defendant

**Due proccess violations and many Jursidictional Problems since 1992**

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

**8th Admendment    Numerous Conflicts of Intrest**
**Freedom of Association    and numerous more**

(20¢)

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: W. VA Charles Whitney Propst   Marilyn Elizabeth Seay Propst   State of Citizenship: Texas / West Va

Plaintiff No. 2: Heather Propst Stanley   State of Citizenship: South Carolina

Defendant No. 1: Charles Raymond Propst   State of Citizenship: Virginia / Georgia

Defendant No. 2: Dawn Propst Lockard   State of Citizenship: West Va

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. Our Family Has been torn apart by the unfinished Final decree that has been now heard in at least 5 states that I have been teaching in.

Thank you Marilyn Seay

Major Due Process Violations

Ashury 30 million ~~thousand~~ Restitution

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

30 million

Restitution

Marilyn E. Seay

Pro Se

(20F)

DEMAND FOR JURY TRIAL:     ☐ YES     ☐ NO

Signed this _Jan_ day of _29_, _2024_

Signature of Plaintiff No. 1 ___Marilyn E Say___  pro-se

For Propst Family

Signature of Plaintiff No. 2 _____

**NOTE:** All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.